IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LOURENDA S. BILLINGS,

        Plaintiff,

    v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

No. 6:13-cv-1200-CL

**ORDER**

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Because plaintiff objects to the Report and Recommendation, I have reviewed this matter de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    I agree with the Report and Recommendation that the Commissioner's decision to deny benefits is supported by substantial evidence.

1 - ORDER

**CONCLUSION**

Magistrate Judge Clarke's Report and Recommendation (#15) is adopted.   The decision of the Commissioner is affirmed.

IT IS SO ORDERED.

DATED this __11__ day of August, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER